Tribal Election Board
404 Frontage Road, Highway 23
New Town, ND 58763
Phone: (701) 627-8201

Certified letter # 7015 0640 0007 0669 0270

October 26, 2018

RE: Request for Absentee Ballot

Dear Ray:

The Tribal Election Board has received and reviewed your request for an absentee ballot. Unfortunately the Election Board **has denied** your request for the following reason:

I. Under Chapter VI, Section 1, A of the Tribal Election Ordinance.

<u>A qualified voter, who is a legal resident of the Fort Berthold Reservation on the date of an election</u>, whether a Primary or a General Election, may cast his/her ballot in accordance with the procedures prescribed in this Part, only if one of the following conditions is satisfied: he or she will be absent from the reservation on the date on which the election is to be held and will be unable to be present at any segment polling place during the designated poll hours. An absentee voter may vote absentee due to a **<u>absence due to duly schedule work related travel; Hospitalization, attendance at college, extreme physical disability or Service in the Armed Forces.</u>**

According to the Ordinance you are a non-resident you do not meet the requirements; you will have to return to The Fort Berthold Reservation in order to vote.

The Tribal Election Board commends your interest in tribal elections and hope you will continue to take an active part in Tribal affairs.

If you have any questions concerning this matter, please feel free to contact the Tribal Election Board.

Sincerely,

*Darren Joe Myrick*

Darren Joe Myrick
Tribal Election Board/Chairman

**EXHIBIT A**