## Three Affiliated Tribes – Mandan, Hidatsa, Arikara Nation
### Election Notice

The Executive Secretary of the Three Affiliated Tribes Tribal Business Council, Fred W. Fox, pursuant to the Tribal Constitution and the Election Ordinance of the Three Affiliated Tribes of the Mandan, Hidatsa, Arikara Nation hereby gives notice to the eligible voters of the Three Affiliated Tribes of the following elections:

1. **Primary Election** to be held **Tuesday, September 22, 2020**, the Primary and General Elections of the Mandan, Hidatsa, Arikara Nation will be held to elect the following offices:

    East Segment/White Shield Representative
    North Segment/Little Shell Representative
    West Segment/Mandaree Segment Representative

2. **General Election** to be held **Tuesday, November 3, 2020** to elect the above stated offices.

The polling places in each of the segments will be open **Tuesday, September 22, 2020 from 8:00 a.m. to 7:00 p.m. CST**. The polling places for each segment are as follows:

| Segment | Polling Place |
|---|---|
| White Shield Segment | Ralph Wells Memorial Complex |
| New Town/Little Shell Segment | Northern Lights Building |
| Mandaree Segment | Water Chief Hall |
| Four Bears Segment | Johnny Bird Memorial Building |
| Twin Buttes Segment | Community Center |
| Parshall/Lucky Mound Segment | Veterans Memorial Hall |

*polling places are subject to change*

Notice of Candidacy and Release of Information forms for potential candidates are available at the office of the MHA Executive Secretary for the Tribal Business Council located at the Tribal Administration Building, 404 Frontage Road in New Town, ND.

Executive Secretary will begin receiving Applications for Candidacy on:
**Wednesday July 29, 2020**
during regular office hours 08:00 a.m. to 4:30 p.m.
Monday through Friday

In order to be eligible to become a candidate for any of the above offices you must file a Notice of Candidacy together with a non-refundable filing fee of Two Hundred Fifty Dollars ($250.00) with the Executive Secretary of the Tribal Business Council **no later than 4:30 p.m. on Thursday, August 13, 2020**. Filing is to be in person hand delivery by an adult. No filing by email or U.S. mail accepted.

Qualifications for candidacy to the Tribal Business Council are as set forth in the Tribal Constitution and Election Ordinance, which, can be obtained from the office of the Executive Secretary.

In order to be eligible to vote in the Primary Election you must be enrolled and 18 years of age or older on September 22, 2020. In order to be eligible to vote in the General Election you must be enrolled and 18 years of age or older on November 3, 2020.

Should any Tribal Voter have any questions regarding entitlement to vote and/or the canvassing of ballots, Please call the Election Board @ (701) 627-8128.

*Office of MHA Executive Secretary Fred W. Fox*


EXHIBIT 6