.ıl VZW Wi-Fi 🛜              12:37 PM                  @ 47% 🔋

Done              **IMG_2518.PNG**              



**Paradigm**  Paradigm Laboratories
8222 S 48th St., Suite 195, Phoenix, AZ 85044
Laboratory Director: Dr. Wanli Zhou
CLIA#: 03D2183572 COLA#: 30467

**COVID-19 Report**

Patient Information          Specimen Information          Facility Information

**Name:** Raymond Cross       **Accession Number:** KS0065995       **Facility Name:** PCHD KINO SPORTS COMPLEX TESTING
**DOB:** 08 24 1948           **Date Collected:** 08 11 2020        **Provider Name:** THERESA CULLEN
**Gender:** M                 **Date Received:** 08 11 2020         **Address:**
**Ethnicity:** Non Hispanic   **Report Date:** 08 12 2020
**Medical Record Number:**    **Sample Type:** Nasopharyngeal Swab
**Clinical Notes from Ordering Physician:**
Kino Sports Complex PT

### COVID-19 Test Result Summary
## NEGATIVE

The Analytic Specificity of this test is highly specific as determined by the BLAST analysis queries of the assays primers and probes against public domain nucleotide sequences and the Analytic Sensitivity of the test is 100% above the Limit of Detection of 2 copies/uL as determined by the serial dilution method.

**Diagnostic and Extraction Methodology:**
Paradigm Laboratories uses magnetic bead technology to recover RNA and DNA from virus and bacteria samples. Real-Time PCR is performed using fluorogenic 5 nuclease chemistry for detection. The COVID-19 SARS-CoV-2 assay utilizes RT-PCR for the qualitative detection of nucleic acid from SARS-CoV-2.

Disclaimer: This test was developed and validated using a bridging study to EUA authorized assay by Paradigm Laboratories in accordance with the FDA's Guidance Document Policy for Diagnostics Testing in Laboratories Certified to Perform High Complexity Testing under CLIA prior to Emergency Use Authorization for Coronavirus Disease 2019 during the Public Health Emergency issued on February 29th, 2020 and revised on May 11, 2020. Independent review by FDA is not required and performed. This test is used for clinical purposes and should not be regarded as investigational or for research.

This test was performed by Paradigm Laboratories, 8222 S 48th St. Suite 195, Phoenix, AZ 85044 Phone (CLIA# 03D2183572 COLA# 30467

Patient: Raymond Cross          Accession: KS0065995          Page 1 of 1



