IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Raymond Cross;<br>Marilyn Hudson<br><br>    *Plaintiffs,*<br><br>v.<br><br>Mark Fox, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Randy Phelan, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Fred Fox, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Mervin Packineau, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Judy Brugh, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Cory Spotted Bear, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Monica Mayer, individually and as a member of the Three Affiliated Tribes Tribal Business Council<br><br>    *Defendants.* | CASE NO._____<br><br><br>**AFFIDAVIT OF LAWRENCE E. KING** |

STATE OF NORTH DAKOTA )
            )ss.
COUNTY OF BURLEIGH   )

Being duly sworn, Lawrence E. King, testifies as follows:

1

1.    I am an attorney duly licensed to practice law and admitted to practice before this Court.

2.    I am a member of the firm Zuger Kirmis & Smith, PLLP attorneys for Plaintiffs Raymond Cross and Marilyn Hudson.

3.    This affidavit is submitted in support of Plaintiffs' *Complaint* filed herewith.

4.    Attached hereto as **Exhibit A** is a true and correct copy of the Election Board rejection letter to Plaintiff Cross dated October 26, 2018.

5.    Attached hereto as **Exhibit B** is a true and correct copy of the MHA Supreme Court Order dated July 28, 2020.

6.    Attached hereto as **Exhibit C** is a true and correct copy of the Affidavit of Raymond Cross.

7.    Attached hereto as **Exhibit D** is a true and correct copy of the letter of Assistant Secretary of Interior Wesley A. D'Ewart dated July 23, 1956.

8.    Attached hereto as **Exhibit E** is a true and correct copy of the letter of Vanessa Price to Chairman Mark Fox dated April 27, 2020.

9.    Attached hereto as **Exhibit F** is a true and correct copy to the TAT Corporate Charter as ratified on April 24, 1937.

10.   Attached hereto as **Exhibit G** is a true and correct copy of the 2020 TAT Election Notice.

11.   Attached hereto as **Exhibit H** is a true and correct copy of Plaintiff Cross' COVID-19 test result dated August 12, 2020.

Dated this 29th day of September, 2020.

ZUGER KIRMIS & SMITH, PLLP
Attorneys for Plaintiffs
PO Box 1695
Bismarck, ND 58502-1695
701-223-2711
lking@zkslaw.com
dpathroff@zkslaw.com

By: _____
Lawrence E. King  ID#04997

Subscribed and sworn before me this 29th day of September, 2020.

SHARON R. CAVENDER
Notary Public
State of North Dakota
My Commission Expires Aug 2, 2022

_____
Notary Public

3