IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Raymond Cross;<br>Marilyn Hudson<br><br>    *Plaintiffs*,<br><br>v.<br><br>Mark Fox, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Randy Phelan, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Fred Fox, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Mervin Packineau, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Judy Brugh, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Cory Spotted Bear, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Monica Mayer, individually and as a member of the Three Affiliated Tribes Tribal Business Council<br><br>    *Defendants*. | CASE NO._____<br><br><br>**MOTION FOR DECLARATORY<br>AND INJUNCTIVE RELIEF** |

1. PLEASE TAKE NOTICE, that Plaintiffs Raymond Cross and Marilyn Hudson, by and through the undersigned counsel, respectfully move before this Court for an Order

granting declaratory and injunctive relief pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 and Rule 65 of the Federal Rules of Civil Procedure.

2.PLEASE TAKE FURTHER NOTICE that Plaintiffs will rely on the accompanying *Memorandum of Law in Support of Motion for Declaratory and Injunctive Relief* and all other pleadings and papers filed in this case.

3.WHEREFORE, Plaintiffs Raymond Cross and Marilyn Hudson pray this Court grant their *Motion for Declaratory and Injunctive Relief* and that this Court grant other such further relief as may be just and equitable.

Dated this 29th day of September, 2020.

>ZUGER KIRMIS & SMITH, PLLP
>Attorneys for Plaintiffs
>PO Box 1695
>Bismarck, ND 58502-1695
>701-223-2711
>lking@zkslaw.com
>dpathroff@zkslaw.com
>
>By: _____
>Lawrence E. King   ID#04997
>Dennis Pathroff    ID#08607