Table: Number of TAT Members with Birth Date Prior to November 7, 2000
 Sorted by State Identified in Mailing Address*

| Mail State | Count |
| --- | --- |
| North Dakota** | 5824 |
| California | 678 |
| Montana | 497 |
| South Dakota | 412 |
| Minnesota | 378 |
| Washington | 347 |
| Colorado | 273 |
| Arizona | 271 |
| Texas | 209 |
| New Mexico | 170 |
| Oregon | 159 |
| Oklahoma | 145 |
| Nebraska | 110 |
| Wisconsin | 101 |
| Iowa | 92 |
| Kansas | 89 |
| Florida | 80 |
| Illinois | 75 |
| Idaho | 73 |
| Utah | 65 |
| Nevada | 59 |
| Other locations | 50 |
| Georgia | 43 |
| Missouri | 42 |
| Wyoming | 42 |
| Michigan | 40 |
| North Carolina | 40 |
| Ohio | 38 |
| Alaska | 33 |
| New York | 31 |
| Virginia | 31 |
| Pennsylvania | 29 |
| Indiana | 28 |
| Hawaii | 24 |
| Manitoba | 22 |
| Tennessee | 18 |
| Louisiana | 17 |
| South Carolina | 17 |
| Maryland | 14 |
| Alabama | 11 |
| Kentucky | 11 |
| New Jersey | 11 |
| Massachusetts | 9 |


EXHIBIT B

| | |
|---|---|
| B. Columbia | 7 |
| Connecticut | 7 |
| West Virginia | 7 |
| Dist. of Col. | 5 |
| Mississippi | 5 |
| Arkansas | 4 |
| Maine | 3 |
| Ontario | 3 |
| Rhode Island | 3 |
| Alberta | 2 |
| military | 2 |
| New Hampshire | 2 |
| Quebec | 1 |
| Saskatchewan | 1 |
| | |
| Total | 10760 |

\* Data provided by Counsel
\*\* Does not distinguish between members living in North Dakota versus those living on the Fort Berthold Reservation