**CALCULATING TIME/TRAVEL COSTS FOR Any OFF RESERVATION TRIBAL MEMBER WHO MAY CHOOSE TO COMPLY WITH THE TBC'S "RETURN TO THE RESERVATION" REQUIREMENT TO VOTE ON 11/6/18**

<u>Legend:</u>

Zone 1: 0-499 Miles

Zone 2: 500-999 Miles

Zone 3: 1000-1499 Miles

Zone 4: 1500-1999 Miles

<u>Costs:</u>

A. Mileage (IRS 2018 Business Travel Mileage Allowance): $0.545/mile

B. Per Diem (GSA 2018 Per Diem Allowances):

   1. Lodging: $93/ night

   2. Meals: $51/day



<u>Recommended Daily Distance Traveled:</u> 500 miles/day

Total Time/Travel Cost (e.g. "Welfare Loss") Of Tribal Member's Return To The Reservation To Vote:

Total Time/Travel Cost Formula ( e.g. "Welfare Loss")  = $x^1$ (Mi) + $x^2$ (L) + $x^3$ (Ml)

*Mi= $0.545 a mile traveled

*L= $93 night of lodging on the road

*Ml= $51 meals allowance per day on the road

*$x^1$ = total miles traveled (r/t);  $x^2$ = total nights of lodging;  $x^3$ = total number of meals

<u>Formula Applied:</u>  Tucson, AZ to New Town, ND (R/T)

$X^1$= 3713 miles (r/t);  $X^2$= 6 nights of lodging; $X^3$= 6 days of meals

Total Time/Travel Cost= $x^1$ ($ 0.545) + $x^2$ ($93) + $x^3$ ($51) = 3,713 ($0.545) + 6 ($93) + 6 ($51) = $2,576.40 (Total "Welfare Loss")

