Table. Initial Analysis of Travel Cost for TAT Members Residing Outside of North Dakota to Return to Reservation to Vote

| Mail State | Number of Members Born Before Nov. 6, 2000 | Distance to New Town (miles) | Travel Cost per Voting Member ($) | Travel Cost per Jurisdiction ($) |
|---|---|---|---|---|
| North Dakota | 5,824 | -- | -- | -- |
| California | 678 | 1200 | 1,866 | 379,609 |
| Montana | 497 | 300 | 467 | 69,567 |
| South Dakota | 412 | 325 | 505 | 62,475 |
| Minnesota | 378 | 350 | 544 | 61,729 |
| Washington | 347 | 900 | 1,400 | 145,713 |
| Colorado | 273 | 600 | 933 | 76,426 |
| Arizona | 271 | 1000 | 1,555 | 126,443 |
| Texas | 209 | 1100 | 1,711 | 107,267 |
| New Mexico | 170 | 1000 | 1,555 | 79,319 |
| Oregon | 159 | 950 | 1,478 | 70,477 |
| Oklahoma | 145 | 900 | 1,400 | 60,889 |
| Nebraska | 110 | 500 | 778 | 25,662 |
| Wisconsin | 101 | 650 | 1,011 | 30,631 |
| Iowa | 92 | 650 | 1,011 | 27,901 |
| Kansas | 89 | 700 | 1,089 | 29,068 |
| Florida | 80 | 1600 | 2,488 | 59,722 |
| Illinois | 75 | 850 | 1,322 | 29,744 |
| Idaho | 73 | 650 | 1,011 | 22,139 |
| Utah | 65 | 750 | 1,166 | 22,746 |
| Nevada | 59 | 950 | 1,478 | 26,152 |
| Other locations | 50 | | - | - |
| Georgia | 43 | 1500 | 2,333 | 30,094 |
| Missouri | 42 | 900 | 1,400 | 17,637 |
| Wyoming | 42 | 500 | 778 | 9,798 |
| Michigan | 40 | 900 | 1,400 | 16,797 |
| North Carolina | 40 | 1500 | 2,333 | 27,995 |
| Ohio | 38 | 1100 | 1,711 | 19,503 |
| Alaska | 33 | 2000 | 3,111 | 30,794 |
| New York | 31 | 1350 | 2,100 | 19,526 |
| Virginia | 31 | 1500 | 2,333 | 21,696 |
| Pennsylvinna | 29 | 1300 | 2,022 | 17,590 |
| Indana | 28 | 1000 | 1,555 | 13,064 |
| Hawaii | 24 | 2000 | 3,111 | 22,396 |
| Manitoba | 22 | 250 | 389 | 2,566 |
| Tennesse | 18 | 1150 | 1,789 | 9,658 |
| Louisana | 17 | 1300 | 2,022 | 10,311 |
| South Carolina | 17 | 1500 | 2,333 | 11,898 |
| Maryland | 14 | 1400 | 2,177 | 9,145 |
| Alabama | 11 | 1400 | 2,177 | 7,185 |
| Kentucky | 11 | 1100 | 1,711 | 5,646 |
| New Jersey | 11 | 1500 | 2,333 | 7,699 |
| Massachuetts | 9 | 1500 | 2,333 | 6,299 |
| B. Columbia | 7 | 900 | 1,400 | 2,939 |
| Connecticut | 7 | 1500 | 2,333 | 4,899 |
| West Virginia | 7 | 1250 | 1,944 | 4,083 |
| Dist of Col. | 5 | 1500 | 2,333 | 3,499 |
| Mississippi | 5 | 1300 | 2,022 | 3,033 |
| Arkansas | 4 | 1000 | 1,555 | 1,866 |
| Maine | 3 | 1600 | 2,488 | 2,240 |
| Ontario | 3 | 700 | 1,089 | 980 |
| Rhode Island | 3 | 1500 | 2,333 | 2,100 |
| Alberta | 2 | 700 | 1,089 | 653 |
| military | 2 | | - | - |
| New Hampshire | 2 | 1500 | 2,333 | 1,400 |
| Quebec | 1 | 1250 | 1,944 | 583 |
| Saskataween | 1 | 400 | 622 | 186.63 |
| Total | 10,760 | | | $ 1,859,438 |



EXHIBIT D

*Notes:*

1) Data provided by Counsel
2) Number of TAT members with birth date prior to November 7, 2000 sorted by jurisdiction identified in mailing address
3) Travel cost (only) to bring 30% of voting age tribal members who reside outside of North Dakota to New Town to vote
4) Analysis is based on the following projections: 30% voter participation if absentee votes were available. Travel costs are 2018 federal rates of $.545 per mile, $93 for lodging per day, and $51 for meals per day; as many as 600 miles per day.
5) Conservative analysis: analysis is based on 30% voter participation; travel cost would be greater if voter participation is higher; 30% participation leads to travel cost of $1,859,438; 40% participation leads to a travel cost of $2,479,250
6) Conservative analysis: cost does not include impacts such as lost work time (wages), cost for replacement services (e.g., child or family member care), or use of employment leave time
7) Conservative analysis: does not include travel cost for members residing in North Dakota but not on the reservation
8) Conservative analysis: mileage is based on direct lines to New Town; mileage is not based on indirect routes of following roads.
9) Need to adjust the impact to reflect the cost of administering an increased number of absentee ballots; but this adjustment is still a minor dollar amount

\*\* Does not distinguish between members living in North Dakota versus those living on the Fort Berthold Reservation.



North American map indicating 500, 1,000 and 1,500 miles from New Town, North Dakota. The shape of the outlines reflects the curvature of the earth.