## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## WESTERN DIVISION

| | |
|---|---|
| RAYMOND CROSS; MARILYN HUDSON )<br><br>    Plaintiffs, )<br><br>    vs. )<br><br>MARK FOX, individually and as a member of the Three Affiliated Tribes Tribal Business Council; RANDY PHELAN, individually and as a member of the Three Affiliated Tribes Tribal Business Council, FRED FOX, individually and as a member of the Three Affiliated Tribes Tribal Business Council, MERVIN PACKINEAU, individually and as a member of the Three Affiliated Tribes Tribal Business Council, JUDY BRUGH, individually and as a member of the Three Affiliated Tribes Tribal Business Council, CORY SPOTTED BEAR, individually and as a member of the Three Affiliated Tribes Tribal Business Council, MONICA MAYER, individually and as a member of the Three Affiliated Tribes Tribal Business Council )<br><br>    Defendants. | **TRIBAL DEFENDANTS' MOTION TO DISMISS**<br><br>Case No. 1:20-CV-00177-DMT-CRH |

[¶1] Defendants Mark Fox, Randy Phelan, Fred Fox, Mervin Packineau, Judy Brugh, Cory Spotted Bear, and Monica Mayer (the "Tribal Defendants") move to dismiss the Complaint of Raymond Cross and Marilyn Hudson. A memorandum in support of this Motion has been concurrently filed.

Respectfully submitted this 26th day of October 2019.

**FREDERICKS LAW FIRM LLC**

*Peter Breuer*
_____
Peter J. Breuer
10541 Racine St
Commerce City, CO 80022
(720) 883-8580
pbreuer@jf3law.com


John Fredericks III
3730 29th Avenue
Mandan, ND 58554
(701) 425-3125
 jfredericks@ndnlaw.com

*Counsel for Tribal Defendants*

2