Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Raymond Cross and Marilyn Hudson,

    Plaintiffs,

vs.

Mark Fox, Randy Phelan, Fred Fox, Mervin Packineau, Judy Brugh, Cory Spotted Bear, and Monica Mayer, individually and as members of the Three Affiliated Tribes Tribal Business Council,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   1:20-cv-177

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order entered on October 28, 2020, Defendants' Motion to Dismiss is GRANTED and the Plaintiffs' Complaint is DISMISSED without prejudice. The Plaintiffs' Motion for Declaratory Judgment and Injunctive Relief, Motion Requesting Oral Argument, and Motion for a Preliminary Injunction are DENIED AS MOOT.

Date: October 28, 2020

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Renee Hellwig, Deputy Clerk*