IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Raymond Cross;<br>Marilyn Hudson<br><br>    *Plaintiffs,*<br><br>v.<br><br>Mark Fox, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Randy Phelan, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Fred Fox, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Mervin Packineau, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Judy Brugh, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Cory Spotted Bear, individually and as a member of the Three Affiliated Tribes Tribal Business Council; Monica Mayer, individually and as a member of the Three Affiliated Tribes Tribal Business Council<br><br>    *Defendants.* | CASE NO. 1:20-cv-177<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that Raymond Cross and Marilyn Hudson, plaintiffs, in the above named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the District Court's Order and Judgment dated October 28, 2020 (docket ID 23 & 24).

Dated this 19th day of November, 2020.

        ZUGER KIRMIS & SMITH, PLLP
        Attorneys for Plaintiffs
        PO Box 1695
        Bismarck, ND 58502-1695
        701-223-2711
        lking@zkslaw.com
        dpathroff@zkslaw.com

        By: _____
        Lawrence E. King   ID#04997
        Dennis Pathroff    ID#08607

P:\LKING\Fort Berthold Legacy Vision (18022)\Word docs - 8th Circuit\Notice of Appeal.docx