# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-3424
_____

Raymond Cross; Marilyn Hudson

Plaintiffs - Appellants

v.

Mark Fox; Randy Phelan; Fred Fox; Mervin Packineau; Judy Brugh; Cory Spotted Bear; Monica Mayer, individually and as members of the Three Affiliated Tribes Tribal Business Council

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:20-cv-00177-DMT)
_____

**JUDGMENT**

Before GRUENDER, BENTON, and GRASZ, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the dismissal of Cross's claims is affirmed in accordance with the opinion of this Court.

                                     January 14, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans