# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3424

Raymond Cross and Marilyn Hudson

Appellants

v.

Mark Fox, et al.

Appellees

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:20-cv-00177-DMT)

---

## MANDATE

In accordance with the opinion and judgment of 01/14/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 04, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit